NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHNNY LEE WEAVER,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7130

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1948, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Johnny Lee Weaver's unopposed motion to withdraw his appeal,

WEAVER v. SHINSEKI                                                    2


IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

ISSUED AS A MANDATE:  September 30, 2013